# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

LUZ I. CARABALLO CORDERO, et al.
    Plaintiffs

        v.                        **Civil No. 98-1837(SEC)**

BANCO FINANCIERO DE PUERTO RICO, et al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Docket #18**<br>**Plaintiffs' Motion for Leave to Submit Interrogatories in Excess of Rule 33 Limits** | Granted. |
| **Docket #19**<br>**Defendant Jose D. Jimenez's Motion Requesting Lift of Entry of Default** | Granted. The Court finds that defendant has shown good cause which warrants the setting aside of the entry of default pursuant to Fed.R.Civ.P. 55(c). |
| **Docket #23**<br>**Motion for Extension of Time to Respond to Motion to Dismiss** | Moot. |
| **Docket #26**<br>**Motion for Extension of Time to Answer Interrogatories** | Granted. No further extensions of time will be granted. |
| **Docket #27**<br>**Motion for Short Additional Time Extension to Respond to Motion to Dismiss** | Granted. No further extensions of time will be granted. |

DATE: August 3/5, 1999

SALVADOR E. CASELLAS
United States District Judge

Rec'd:        EOD:

By:        #