# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Luz I. Caraballo Cordero, et al.
Plaintiff(s)

vs.   Civil No. 98-1837 (SEC)

Banco Financiero de Puerto Rico, et al.
Defendant(s)

## DESCRIPTION OF MOTION

DATE FILED: 9/15/99  DOCKET: 31   TITLE: Motion Requesting Leave from Court to File Reply

[ ] Plaintiff(s)   [ ] Third Party Defendant(s)

[✓] Defendant(s)

DISPOSITION:

[✓] GRANTED   [ ] DENIED

[ ] NOTED   [ ] MOOT

## ADDITIONAL COMMENTS:

Reply is due September 30, 1999.

17 IX 99
DATE

SALVADOR E. CASELLAS
U.S. DISTRICT JUDGE

