IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

*Luz J. Caraballo-Cordero, et als*
_____
Plaintiff(s)

Civil No. 98-1837 (SEC)

v.

*Banco Financiero de P.R., et als.*
_____
Defendant(s)

RECEIVED & FILED
'00 JAN 28 AM 11: 37
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, P R

| DESCRIPTION OF MOTION |
|---|

DATE FILED: 1/18/00   DOCKET #: 35   TITLE: Motion to Withdraw as Counsel

[ ] Plaintiff(s)   [ ] Third Party Defendant(s)

[X] Defendant(s)   [ ] Joint

DISPOSITION:

[X] GRANTED              [ ] DENIED

[ ] NOTED                [ ] MOOT

| COMMENTS |
|---|

_26 I 00_
DATE

_/s/ Salvador E. Casellas_
SALVADOR E. CASELLAS
United States District Judge

36
3