IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUZ I. CARABALLO CORDERO, et. al.

Plaintiffs

v.

BANCO FINANCIERO DE PUERTO RICO, et. al.

Defendants

Civil No. 98-1837(SEC)

*RECEIVED & FILED MAR 3 1 2000 OFFICE CLERK, U.S. DISTRICT SAN JUAN, P.R.*

**PARTIAL JUDGMENT**

Pursuant to this Court's Opinion and Order of even date, **the complaint against co-defendant Hiram Mercado-Zayas** in the above-referenced case is hereby **DISMISSED WITH PREJUDICE**. In addition, **Plaintiffs claims pursuant to 42 U.S.C.A. § 1985(3)** are also **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 31st of March, 2000.

SALVADOR E. CASELLAS
United States District Judge