UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUZ I. CARABALLO-CORDERO, et. al.
    Plaintiffs
           v.           Civil No. 98-1837(SEC)
BANCO FINANCIERO DE PUERTO
RICO, et. al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Docket #40**<br>**Codefendants Héctor Rodríguez and Aladino Irizarry's Request for Production of Documents to Plaintiff** | **Denied**. Defendant's discovery request does not comply with the requirements of Local Rule 311(11). Counsel should attempt to solve any discovery concerns directly with the other party before bringing any discovery disputes before the Court. |
| **Docket #41**<br>**Informative Motion on Vacation Schedule** | **Noted.** |

DATE: June 30, 2000

SALVADOR E. CASELLAS
United States District Judge

