## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

LUZ I. CARABALLO-CORDERO, et. al.    *
                                      *
    Plaintiffs                       *
                                      *        **Civil No. 98-1837(SEC)**
        v.                        *
                                      *
BANCO FINANCIERO DE PUERTO           *
RICO, et. al.                         *
                                      *
    Defendants                       *
**********************************

### JUDGMENT

Pursuant to this Court's Order of even date, the above-captioned complaint is hereby

**DISMISSED WITHOUT PREJUDICE** in regards to defendant José D. Jiménez-López.

**SO ORDERED.**

In San Juan, Puerto Rico, this _30_ day of June, 2000.

SALVADOR E. CASELLAS
/ United States District Judge

(2)

