IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUZ I. CARABALLO CORDERO, et. al.   *
                                    *
       Plaintiffs                   *
                                    *   **Civil No. 98-1837(SEC)**
       v.                           *
                                    *
BANCO FINANCIERO DE PUERTO          *
RICO, et. al.                       *
                                    *
       Defendants                   *
**************************************

## ORDER

This case was transferred to the undersigned on August 2nd, 1999 from the docket of U.S. District Judge Carmen C. Cerezo, through this Court's random reassignment procedure. (See Docket #25). At the time of transfer, the case did not have a scheduling order and there were several motions pending, including one for dismissal. (See Docket #20). We disposed of all the pending motions and we issued an Opinion and Order on March 31st, 2000, which dismissed some of plaintiff's claims. (See Dockets # 37 & 38). Inadvertently, we did not issue a Case Management Order at that time.

At this stage, the parties should be engaged in discovery. However, pursuant to Fed.R.Civ.P. 16, the Court is now issuing a Case Management Order to set a procedural track for this case. The parties shall strictly comply with the terms of our Case Management Order. In addition, the Court rules that no leave to amend shall be granted at this stage of the proceedings.

**SO ORDERED.**

In San Juan, Puerto Rico, this 28 day of September, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev.8/82)