IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

*Luz J. Caraballo-Cordero,* et al.
Plaintiff(s)

v.

*Banco Financiero de PR.,* et al.
Defendant(s)

Civil No. 98-1837 (SEC)

RECEIVED & FILED
00 SEP 29 AM 6:52
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

| DESCRIPTION OF MOTION |
|---|

DATE FILED: 9/13/00   DOCKET #: 45   TITLE: Motion Announcing Withdrawal of Legal Representation

[X] Plaintiff(s)   [ ] Third Party Defendant(s)
[ ] Defendant(s)   [ ] Joint

DISPOSITION:

[X] GRANTED          [ ] DENIED

[ ] NOTED            [ ] MOOT

| COMMENTS |
|---|

Until October 13, 2000.

28 IX 00
DATE

SALVADOR E. CASELLAS
United States District Judge