IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUZ I. CARABALLO-CORDERO, et. al. | |
| Plaintiffs | |
| v. | Civil No. 98-1837(SEC) |
| BANCO FINANCIERO DE PUERTO RICO, et. al. | |
| Defendants | |

## ORDER

Before the Court is Co-defendants Aladino Irizarry-Santiago and Héctor Rodríguez-Muñoz's "Motion to Hold in Abeyance Case Management Order Deadlines". **(Docket #49)**. Through this motion Co-defendants Irizarry and Muñoz informed the Court that they have been unable to file a discovery plan as mandated by our Case Management Order because the Plaintiffs are not represented by counsel. On September 28, 2000 we granted Plaintiffs until October 13, 2000 to inform the Court of their new legal representation. (Docket #48). That deadline has come and gone without Plaintiffs' request for an extension of time or announcement of new legal representation. Therefore, the Court hereby **GRANTS** the Plaintiffs a **final extension of time until December 15, 2000**, to announce their new legal representation **OR SHOW GOOD CAUSE** why a longer extension should be granted. The Court warns the Plaintiffs that a failure to comply with this Order <u>will</u> result in a dismissal with prejudice for lack of prosecution pursuant to Fed.R.Civ.P. 41(b). Accordingly, pursuant to the terms of this Order, the deadlines established by our Case Management Order are **SET ASIDE**. Co-defendants' motion, **(Docket #49)**, is **GRANTED**.

**SO ORDERED.**



AO 72A
(Rev.8/82)



**Civil No. 98-1837(SEC)**                                                                 2

In San Juan, Puerto Rico, this 21st day of November, 2000.

*[signature]*
SALVADOR E. CASELLAS
United States District Judge