UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUZ I. CARABALLO-CORDERO,
et. al.
    Plaintiffs

v.                       Civil No. 98-1837(SEC)

BANCO FINANCIERO DE PUERTO
RICO, et. al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Docket #51**<br>**Motion for Time Extension** | **Granted, until January 15, 2001.** However, Plaintiffs are admonished that **no further extensions will be granted.** Since Plaintiffs' counsel announced his resignation on September 13, 2000, (Docket #45), Plaintiffs have already had over two months to secure new legal representation. |

DATE: December 6, 2000

SALVADOR E. CASELLAS
United States District Judge