# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

LUZ I. CARABALLO CORDERO,
et. al.
    Plaintiffs

    v.     Civil No. 98-1837(SEC)

BANCO FINANCIERO DE PUERTO
RICO, et. al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Docket #53**<br>**Motion to Enter Apperance and Requesting Setting of Status or Scheduling Conference** | **Denied.** The Court shall issue an amended scheduling order setting a procedural track for this case. |

DATE: January 19, 2001

SALVADOR E. CASELLAS
United States District Judge

