IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUZ I. CARABALLO-CORDERO, et. al. | |
| Plaintiffs | |
| v. | Civil No. 98-1837(SEC) |
| BANCO FINANCIERO DE PUERTO RICO, et. al. | |
| Defendants | |

### ORDER TO SHOW CAUSE

On January 19, 2001, the Court ordered the parties to file their joint case management memorandum by March 21, 2001. (Docket # 55). To this date, the parties have failed to comply with the Court's Order. Accordingly, the Court **ORDERS** the parties **TO SHOW CAUSE by April 30, 2001** why they should not be found in contempt and why sanctions should not be imposed pursuant to Local Rule 114.

**SO ORDERED.**

In San Juan, Puerto Rico, this _18_ day of April, 2001.

/s/ SALVADOR E. CASELLAS
United States District Judge



AO 72A
(Rev.8/82)