IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE JUSTO ARENAS                    DATE: May 9, 2001
                                           CIVIL 98-1837 (SEC)

LUZ I. CARABALLO CORDERO, et al.

v.

BANCO FINANCIERO DE PUERTO RICO, et al.

Case management/settlement conference is set for July 3, 2001 at 9:30 a.m. Minutes to be notified.