IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE JUSTO ARENAS

DATE: June 4, 2001
CIVIL 98-1837 (SEC)



LUIS I. CARABALLO CORDERO, et al.

v.

BANCO FINANCIERO DE PUERTO RICO, et al.

The case management/settlement conference set for July 3, 2001 is reset to July 2, 2001 at 9:30 a.m.

Minutes to be notified.

