IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS I. CARABALLO CORDERO, et al.,

Plaintiffs

v.                                          CIVIL 98-1837 (SEC)

BANCO FINANCIERO DE PUERTO
RICO, et al.,

Defendants

## CASE MANAGEMENT/SETTLEMENT CONFERENCE REPORT

At the conference held on July 2, 2001, plaintiffs were represented by José L. González Castañer, Esq., defendants by Johanna Emmanuelli Huertas and Leticia Ramírez Rangel, Esqs.

There is no settlement possibilities at this time.  Parties are complying with the court's management order.  The parties do not consent to the magistrate judge's trial jurisdiction.  A motion for summary judgment will be filed.

In San Juan, Puerto Rico this 23rd day of July, 2001.

JUSTO ARENAS
United States Magistrate Judge