# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE SALVADOR E. CASELLAS

| | |
|---|---|
| COURTROOM DEPUTY: | DATE: October 24, 2001 |
| COURT REPORTER: | **CIVIL NO. 98-1837(SEC)** |
| COURT INTERPRETER: | |

**ATTORNEYS:**

LUZ CARABALLO-CORDERO, ET AL

VS.

BANCO FINANCIERO, P.R. ET AL

By order of the Court, a **status conference is scheduled** for **November 6, 2001 at 2:00PM**. Parties to be notified.

Frieda Ramirez
Courtroom Deputy Clerk