IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUZ I. CARABALLO CORDERO, et al. \*
\*
Plaintiffs \*
\*  Civil No. 98-1837(SEC)
v. \*
\*
BANCO FINANCIERO DE P.R., et al. \*
\*
Defendants \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER

In light of the fact that Co-defendants have filed a motion for summary judgment (**Docket #72**), the Status Conference scheduled for November 6, 2001 (**Docket #74**) is hereby continued *sine die*.

**SO ORDERED.**

In San Juan, Puerto Rico, this 25 day of October, 2001.

SALVADOR E. CASELLAS
United States District Judge