# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

LUZ I. CARABALLO CORDERO, et al.
    Plaintiffs
        v.                Civil No. 98-1837(SEC)
BANCO FINANCIERO DE PUERTO
RICO, et al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Docket #66<br>Motion Joining Legal Representation | **GRANTED.** Attorney José Luis González is allowed to join Plaintiffs' legal representation, and Defendants are ordered to notify copies of all documents subsequently filed in this action to his address of record. |
| Docket #69<br>Motion for Order Compelling Answers Under Rule 37(a) | **GRANTED.** The Court will not entertain any motions regarding objections to discovery requests when the parties have not complied with the requirements of Local Rule 311.11. Therefore, the Court orders a meeting between the parties pursuant to Local Rule 311.11. |
| Docket #73<br>Motion Pursuant to Local Rule 108.1 | **GRANTED.** The Court allows the filing of the exhibits in Spanish and grants Defendants until December 3, 2001 to file their certified English translations. |
| Docket #76<br>Motion for Extension of Time to File Oppositions to Motions for Summary Judgment | **GRANTED.** Plaintiffs are granted until December 21, 2001 to file an opposition to Defendants' summary judgment motions. |

DATE: November 5, 2001


SALVADOR E. CASELLAS
United States District Judge


