IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUZ I. CARABALLO-CORDERO, et al.

Plaintiffs

v.

BANCO FINANCIERO DE PUERTO RICO, et al.

Defendants

Civil No. 98-1837(SEC)



## ORDER

A Settlement Conference is hereby set for December 12, 2001 at 10:00 a.m.

**SO ORDERED.**

In San Juan, Puerto Rico, this 14 day of November, 2001.

SALVADOR E. CASELLAS
United States District Judge