UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUZ I. CARABALLO CORDERO, et al.
    Plaintiffs
        v.                      Civil No. 98-1837(SEC)
BANCO FINANCIERO DE P.R., et al.
    Defendants

**ORDER**

| MOTION | RULING |
|---|---|
| Docket #81<br>Informative Motion | **NOTED.** The Court hereby **ORDERS** Plaintiffs to inform the Court whether or not Defendant's offer was accepted **by January 26, 2002.** If the offer is not accepted, Plaintiffs shall have **until February 10, 2002** to file their oppositions to Defendants' motions for summary judgment. Defendants shall file their replies to said oppositions **within 10 days after the filing of Plaintiffs' briefs.** |

DATE: January 17, 2002

SALVADOR E. CASELLAS
United States District Judge