UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUZ I. CARABALLO CORDERO, et al.
    Plaintiffs
           v.                      Civil No. 98-1837(SEC)
BANCO FINANCIERO DE P.R., et al.
    Defendants

**ORDER**

| MOTION | RULING |
|---|---|
| **Docket #83**<br>**Plaintiffs' Motion Regarding Settlement Negotiations** | **GRANTED.** The Court hereby grants Plaintiffs **until February 8, 2002**, to inform the Court on the progress of settlement negotiations. If settlement is not reached, Plaintiffs shall have **until February 23, 2002** to file their oppositions to Defendants' motions for summary judgment. Defendants shall file their replies to said oppositions **within 10 days after the filing of Plaintiffs' briefs.** |

DATE: January 25, 2002

SALVADOR E. CASELLAS
United States District Judge