IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUZ I. CARABALLO-CORDERO, et al.*
\*
Plaintiffs \*
\*   **Civil No. 98-1837(SEC)**
v. \*
\*
BANCO FINANCIERO DE PUERTO \*
RICO, et al. \*
\*
Defendants \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

A Settlement Conference is hereby set for **February 12, 2002 at 10:00 a.m.**

**SO ORDERED.**

In San Juan, Puerto Rico, this 29 day of January, 2002.

SALVADOR E. CASELLAS
United States District Judge



AO 72A
(Rev.8/82)