UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

| CIVIL CASE NO: 98-1837(SEC) | DATE: February 12, 2002 |
|---|---|
| LUZ I. CARABALLO CORDERO, et al.<br><br>Plaintiffs<br><br>v.<br><br>BANCO FINANCIERO DE PUERTO RICO, et al.<br><br>Defendants | Attorneys:<br>José L. González-Castañer, Esq.<br>José R. Ortiz-Vélez, Esq.<br><br><br><br>Heriberto Güivas, Esq.<br>Leticia Ramírez-Rangel, Esq. |

**SETTLEMENT CONFERENCE**

A settlement conference was held in Chambers today with counsel for Plaintiffs and Defendants present. The case was discussed, and a possible settlement was explored at length. Several specific figures were mentioned, and the Court made a recommendation for settlement based on the children's claims. Counsel for Defendants will talk to her clients about the settlement discussion, and file an informative motion **on or before February 19, 2002** updating the Court on the progress of said settlement efforts.

If the parties do not reach a settlement, **Plaintiffs shall have twenty (20) days, after the filing of said informative motion, to file their oppositions to Defendants' motions for summary judgment. Defendants are granted leave to file replies to said oppositions within 10 days after the filing of Plaintiffs' briefs.**

SALVADOR E. CASELLAS
U.S. District Judge

