UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUZ I. CARABALLO CORDERO, et al.
   Plaintiffs
        v.                     Civil No. 98-1837(SEC)
BANCO FINANCIERO DE P.R., et al.
   Defendants

**ORDER**

| MOTION | RULING |
|---|---|
| Docket #89<br>Informative Motion and Requesting... | **GRANTED** until March 29, 2002. |

DATE: March *19*, 2002

                              SALVADOR E. CASELLAS
                              United States District Judge

