## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

LUZ I. CARABALLO CORDERO, et al.
    Plaintiffs

        **v.**                         **Civil No. 98-1837(SEC)**

BANCO FINANCIERO DE P.R., et al.
    Defendants

## <u>O R D E R</u>

| MOTION | RULING |
|---|---|
| **Docket #91**<br>**Motion for Time Extension** | **GRANTED until April 19, 2002 to submit the proposed settlement agreement, and until April 29, 2002 to execute the same.** |

DATE:  April  8, 2002

SALVADOR E. CASELLAS
United States District Judge

