UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUZ I. CARABALLO CORDERO, et al.
    Plaintiffs
        v.                  Civil No. 98-1837(SEC)
BANCO FINANCIERO DE P.R., et al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Docket #71<br>Motion for Summary Judgment | **MOOT.** <u>See</u> Opinion and Order, and Judgment of even date. |
| Docket #72<br>Motion for Summary Judgment | **MOOT.** <u>See</u> Opinion and Order, and Judgment of even date. |
| Docket #85<br>Plaintiffs' Urgent Motion Requesting Settlement Conference... | **MOOT.** <u>See</u> Opinion and Order, and Judgment of even date. |
| Docket #94<br>Informative Motion and Request for Term... | **MOOT.** <u>See</u> Opinion and Order, and Judgment of even date. |
| Docket #95<br>Motion to Withdraw... | **GRANTED.** Attorney Leticia Ramírez Rengel's request to withdraw as counsel of record is granted. Defendants are granted until June 30, 2002 to announce new legal representation. |

DATE: June 21, 2002



SALVADOR E. CASELLAS
United States District Judge



