IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUZ I. CARABALLO CORDERO, et al. | * * * |
| Plaintiffs | * * |
| v. | * Civil No. 98-1837(SEC) |
| BANCO FINANCIERO DE PUERTO RICO, et al. | * * * |
| Defendants | * |

**JUDGMENT**

Pursuant to this Court's Opinion and Order of even date, and to the settlement agreement reached by the parties and approved and enforced by this Court through said Opinion and Order, the above-captioned case is **DISMISSED WITHOUT PREJUDICE**. The agreement between the parties is hereby incorporated as follows: 1) Defendant Banco Financiero has agreed to extinguish the full amount of Plaintiffs' debt (approximately $223,000.00), and pay to Plaintiffs $5,000.00; 2) Defendant Commonwealth of Puerto Rico has agreed to pay to Plaintiffs $6,000.00; and 3) Plaintiffs have agreed to consent to the dismissal of this action, and agreed to renounce to all legal claims which they might have had against Defendants arising from the events which were the subject matter of this case.

The parties are free to file a more detailed stipulation or agreement, and the Court would be amenable to amending this Judgment to incorporate such a stipulation. The Court shall retain jurisdiction over this matter. Judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 21 day of June, 2002.

SALVADOR E. CASELLAS
United States District Judge