# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

LUZ I. CARABALLO CORDERO, et al.
    Plaintiffs

           v.                        **Civil No. 98-1837(SEC)**

BANCO FINANCIERO DE P.R., et al.
    Defendants

## O R D E R

| MOTION | RULING |
| --- | --- |
| **Docket #101**<br>**Motion Requesting Disbursement of Funds** | **GRANTED.** The Clerk of the Court is instructed to disburse to Plaintiffs, **as requested in their motion**, the amount of $5,000.00 deposited by Defendant Banco Financiero de Puerto Rico pursuant to that same settlement agreement. |
| **Docket #102**<br>**Motion to Compel Enforcement of Judgment** | **GRANTED.** The Court hereby **ORDERS** the Commonwealth of Puerto Rico to deposit with the Clerk of the Court, by April 15, 2003, the amount of $6,000.00, pursuant to the settlement agreement executed by the parties and approved by this Court as part of the Judgment entered in this case. |

DATE:  March 24, 2003

SALVADOR E. CASELLAS
United States District Judge

