UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
03 MAY -1 AM 8 05
CLERK'S OFFICE
U.S. DIST. CT. COURT
SAN JUAN PR

LUZ I. CARABALLO CORDERO, et al.
   Plaintiffs
       v.                Civil No. 98-1837(SEC)
BANCO FINANCIERO DE P.R., et al.
   Defendants

### ORDER

| MOTION | RULING |
|---|---|
| **Docket #106**<br>**Motion Requesting Disbursement of Funds** | **GRANTED.** The Clerk of the Court is instructed to disburse to Plaintiffs the amount of $6,000.00 deposited by the Commonwealth of Puerto Rico pursuant to the parties' settlement agreement. |

DATE: April 26, 2003

SALVADOR E. CASELLAS
United States District Judge



